IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PHILADELPHIA JOINT BOARD, : CIVIL ACTION
WORKERS UNITED, SEIU BY LYNNE :
FOX, MANAGER, TRUSTEE AD LITEM, :
et al. :
       v. :
        :
UNITE HERE, et al. : NO. 09-cv-4857-JF

ORDER

AND NOW, this 4th day of May 2010, upon consideration of the plaintiffs' motion to remand the amended complaint (document number 11), and the defendants' response thereto, and after oral argument, IT IS ORDERED:

1. That the plaintiffs' motion to remand the amended complaint (document number 11) is DENIED.

2. That the plaintiffs' motion to remand the original complaint (document number 3), and motion to stay the proceedings pending a decision on the motion to remand (document number 19) are DISMISSED AS MOOT.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam, Sr. J.